**Abatement Order filed January 5, 2012.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-11-00573-CR**

_____

**REUBEN COLBERT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 232nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1264286**

## A B A T E M E N T   O R D E R

Appellant is represented by appointed counsel, J. Sidney Crowley, on appeal. On December 21, 2011, Lonnie R. Knowles filed a motion to substitute counsel, requesting this Court grant permission for J. Sidney Crowley to withdraw and to substitute him as retained attorney of record. Accordingly, we enter the following order.

We ORDER the judge of the 232nd District Court to consider counsel's request to substitute counsel. If current counsel is permitted to withdraw, the judge shall sign an order to that effect. The judge shall see that a record of any hearing is made, and shall order the trial clerk to forward a record of the hearing and a supplemental clerk's record

containing any orders permitting counsel to withdraw. Those records shall be filed with the clerk of this court on or before **February 6, 2012.**

The appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when the trial court's findings and recommendations are filed in this Court. The Court will also consider an appropriate motion to reinstate the appeal filed by either party, or the Court may reinstate the appeal on its own motion. It is the responsibility of any party seeking reinstatement to request a hearing date from the trial court and to schedule a hearing in compliance with this Court's order. If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date.

It is so ORDERED.


PER CURIAM